UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TAMPUECO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES,<br><br>    Defendant. | Case No. 23-cv-00081-JST<br><br>**ORDER TO SHOW CAUSE AND ORDER EXTENDING BRIEFING AND HEARING SCHEDULE** |

Defendant American Airlines filed a motion to dismiss on January 13, 2023. ECF No. 6. The deadline to file an opposition or statement of non-opposition was January 27, 2023. On the February 3, 2023 reply deadline, Defendant filed a notice stating that no opposition had been filed. ECF No. 11. Plaintiff Edgar Tampueco filed a late opposition on February 6, 2023, but failed to explain why his opposition was filed ten days late. ECF No. 12.

Plaintiff is ordered to show cause as to why sanctions should not be imposed for his failure to file a timely opposition. He shall file a written response to this order no later than February 21, 2023. Failure to file a response by that date will result in dismissal of the complaint under Rule 41(b) of the Federal Rules of Civil Procedure.

Although Plaintiff's opposition was untimely, the Court will consider it if Plaintiff files a timely response to the order to show cause. Accordingly, Defendant's reply deadline is extended to March 7, 2023. The hearing on Defendant's motion is continued to April 13, 2023.

**IT IS SO ORDERED.**

Dated: February 7, 2023

JON S. TIGAR
United States District Judge