UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TAMPUECO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES,<br><br>    Defendant. | Case No. 23-cv-00081-JST<br><br>**ORDER DISMISSING CASE** |

On February 7, 2023, the Court ordered Plaintiff "to show cause as to why sanctions should not be imposed for his failure to file a timely opposition" to Defendant's motion to dismiss. ECF No. 13. Plaintiff's response to the order to show cause was due by February 21, 2023. *Id.* The Court advised that "[f]ailure to file a response by that date will result in dismissal of the complaint under Rule 41(b) of the Federal Rules of Civil Procedure." *Id.*

Plaintiff has failed to file the required response. Accordingly, this case is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Dismissal is without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 22, 2023

_____
JON S. TIGAR
United States District Judge