UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR TAMPUECO,

        Plaintiff,

   v.

AMERICAN AIRLINES,

        Defendant.

Case No.  23-cv-00081-JST

**CLERK'S JUDGEMENT**

Re: Dkt. No. 14

      Pursuant to the Order Dismissing Case signed February 22, 2023, judgment is hereby entered.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: February 22, 2023

Mark B. Busby
Clerk, United States District Court

By _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR